**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

| CHRISTOPHER M. ARCHIE | PLAINTIFF |
|---|---|
| VS. | CIVIL ACTION NO.: 4:10cv63—NBB--DAS |
| ACCEPTANCE INDEMNITY INSURANCE COMPANY | DEFENDANT |

___

**ORDER GRANTING STAY PENDING
PLAINTIFF'S MOTION TO REMAND**
___

That Plaintiff, Christopher Michael Archie, has filed a *Motion to Remand*, Doc. 8. Therefore pursuant to Uniform Local Rule 16 (b) (1) (B) this matter is hereby stayed pending the Court's ruling on said Motion. The parties are only allowed to conduct discovery concerning the remand or referral issue.

So ORDERED this the 20th day of July 2010.

/s/David A. Sanders_____
UNITED STATES MAGISTRATE JUDGE